# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MARIA DEL ROSARIO HERNANDEZ,** on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **MICROBILT CORPORATION,** <br><br> Defendant. | Civil Action No. 3:21-cv-04238-FLW-LHG |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK OF COURT:

    Kindly enter Plaintiff Maria Del Rosario Hernandez's voluntary dismissal of this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

    Respectfully submitted,

By: *s/ James A. Francis*
James A. Francis
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA  19103
Tel.: (215) 735-8600
Fax: (215) 940-8000
Email: jfrancis@consumerlawfirm.com

*Attorneys for Plaintiff*

So Ordered:

_____
Freda L. Wolfson, U.S.C.D.J. 9/22/21

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's EM/ECF System.

Dated:   September 21, 2020                    */s/ James A. Francis*
                                                  James A. Francis