Troutman Pepper Locke LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08540

troutman.com

**Angelo A. Stio III**
D- 609.951.4125
angelo.stio@troutman.com

**IT IS SO ORDERED** this 19th day of February, 2025



J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE

February 18, 2025

**VIA ECF FILING**

Honorable J. Brendan Day, U.S.M.J.
United States District Court
   for the District of New Jersey
Clarkson S. Fisher Federal
   Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    **Re:**    Hernandez v. MicroBilt Corporation
            No. 3:21-cv-04238-ZNQ-JBD

Dear Judge Day:

    This firm represents Defendant MicroBilt Corporation in the above-referenced matter. I write with the consent of counsel for Plaintiff Maria Del Rosario Hernandez to respectfully request that the February 18, 2025 deadline to file a joint letter regarding any remaining disputes related to Document Request 14 be extended by one week to February 25, 2025. The Parties have been engaged in discussions concerning Document Request 14. However, MicroBilt's General Counsel has been out of the office dealing with a medical issue and additional time is needed to determine if an agreement can be reached. The parties anticipate that they will be able to either advise the Court that the disputes are resolved or file their positions identifying open issues by the requested extended deadline of February 25, 2025.

    Thank you for your consideration of this request.

                        Respectfully submitted,

                        */s/ Angelo A. Stio III*
                        Angelo A. Stio III